1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11    MARLON ALBERTO MORALES,          )   Case No. CV 17-01829-DMG-JC
                                        )
12                                      )
               Petitioner,              )
13                                      )   ORDER ACCEPTING FINDINGS,
          v.                            )   CONCLUSIONS, AND
14                                      )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE
15    WARDEN RAYMOND MADDEN,            )   JUDGE
                                        )
16                                      )
               Respondent.              )
17    _____

18

19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

20   Habeas Corpus by a Person in State Custody  ("Petition") and all of the records

21   herein, including the July 13, 2021 Report and Recommendation of United States

22   Magistrate Judge ("Report and Recommendation"), and petitioner's objections to

23   the Report and Recommendation ("Objections").  The Court has further made a *de*

24   *novo* determination of those portions of the Report and Recommendation to which

25   objection is made.  The Court concurs with and accepts the findings, conclusions,

26   and recommendations of the United States Magistrate Judge and overrules the

27   Objections.

28   ///

1    IT IS HEREBY ORDERED that the Petition is denied on the merits, this

2  action is dismissed with prejudice and Judgment be entered accordingly.

3    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

4  the Judgment herein on counsel for petitioner and respondent.

5    IT IS SO ORDERED.

6

7  DATED:  November 30, 2021

8

9  _____

10    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28