UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARLON ALBERTO MORALES, | ) Case No. CV 17-01829-DMG-JC |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN RAYMOND MADDEN, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

DATED: November 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE